# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 258 WAL 2016
:
          Respondent            :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
         v.               :
:
:
KRISTA EVELAND,           :
:
          Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.